AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Lee, Gerald B. | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>05/01/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>Alexandria, Virginia 22314 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | The American University |
| 2. Baord of Advisors | Marshall Brennan Program The American University Washington College of Law |
| 3. Dean's Advisory Council | The American University Washington College of Law |
| 4. Board of Directors, Executive Committee | Federal Judges Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/01/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/10 | [redacted] |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Just the Beginning Foundation | September 29-October 1 2010 | Atlanta, Georgia | Teach, Presentation | transportation, hotel, and meals |
| 2. | Virginia Trial Lawyers Association | March 25-26, 2010 | Williamsburg, Virginia | Teach | transportation, hotel, and meals |
| 3. | Federal Judges Association Board Meeting | May 22-27, 2010 | Washington, DC | Board meeting | Trransportation, hotel, and meals |
| 4. | National Black Law Students Association Annual Meeting | March 11-14, 2010 | Boston, Massachusetts | Teach and receive an award | transportation, hotel, and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/01/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Virginia Retirement System Va. Cir. Ct. Pension 92-98 | E | Distribution | K | T | | | | | |
| 2. Alliance Capital Reserves Money Market Fund (401)(K) | A | Interest | J | T | | | | | |
| 3. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | | | | | |
| 4. Opp Quest for Opty A Fund | | None | J | T | Buy/monthly | 01/01/10 | J | | |
| 5. | | | | | Partial Sale | 04/15/10 | J | A | |
| 6. | | | | | Sold (part) | 12/15/10 | J | A | |
| 7. AIM Constellation Fund | | None | J | T | Buy/monthly | 01/01/10 | J | | |
| 8. | | | | | | | | | |
| 9. Johnson Controls | | None | J | T | | | | | |
| 10. Vanguard Total Stock Index Fund, IRA | | None | L | T | | | | | |
| 11. Vanguard Total Stock Mkt Index IRA | | None | L | T | | | | | |
| 12. Vanguard US Growth IRA | | None | L | T | | | | | |
| 13. Vanguard US Growth Fund IRA | | None | L | T | | | | | |
| 14. Vanguard 500 Index Fund IRA | | None | J | T | | | | | |
| 15. Vanguard Capital Opp IRA | | None | K | T | | | | | |
| 16. Vanguard Treasury M/Market Fund | | None | K | T | Buy monthly | 01/01/10 | J | | |
| 17. Fidelity Fund IRA | | None | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes:
(See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Growth Strategy fka FAG | | None | J | T | | | | | |
| 19. Vanguard Health Care Fnd IRA | | None | J | T | | | | | |
| 20. TIAA CREF Tax Exempt Bond Fund | | None | J | T | Buy (add'l) | 01/01/10 | J | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Russell 3000 Index | | None | J | T | Buy (add'l) | 01/01/10 | J | | |
| 26. Walmart Stores, Inc. | A | Dividend | J | T | Buy (add'l) | 01/01/10 | J | | |
| 27. | | | | | | | J | A | |
| 28. General Mills, Inc. | | None | J | T | Buy (add'l) | 01/01/10 | J | | |
| 29. ▓▓▓▓▓ 401 (K) Retirement Plan and Trust | | None | M | T | Buy (add'l) | 01/01/10 | K | | |
| 30. General Electrc | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

These investments are through Sharebuilder.com
18. Fidelity Agressive Growth Fund name changed to Fidelity Growth Strategies Fund
.No. 22 Russell 3000 Index is purchased monthly. Less than $1,000.00 per month.
No. 23. WalMart, Stores, Inc. is purchased monthly. Less than $1,000.00 per month
No. 25. General Mills, Inc. is purchased monthly. Less than $1,000.00 per month
No. 26                                401 (k) Retirement Plan and Trust

No. 20. TIAA CREF Tax Exempt Bond Fund is purchased monthly. Less than $1,000.00 per month

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald B. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544